

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVIS WHITEHEAD,

    Plaintiff,

v.                               Civil Action No. 3:19CV326

DEPT. OF CORRECTIONS,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 10, 2019, the Court conditionally docketed the action. At that time, the Court directed Travis Whitehead to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Whitehead that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Whitehead has not complied with the order of this Court. Whitehead failed to return a completed and signed consent to collection of fees form. Rather, he returned the form blank and unsigned with a letter that has no bearing on his financial status. As he failed to complete, sign, and return a consent to collection of fees form, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P.

41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Whitehead.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: July 1, 2019
Richmond, Virginia